Prob 12A (10/16)
VAE (9/19)

UNDER SEAL

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

10:43 am, Jul 18 2025
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY ____M.D.____ Deputy

U.S.A. vs. Carlos Russell Venable          Docket No. 1:15CR00248-001

### Petition on Supervised Release

COMES NOW Annabella K. Steppat, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Carlos Russell Venable, who was placed on supervision by the Honorable T.S. Ellis, III, Senior United States District Judge, sitting in the Court at Alexandria, Virginia, on the 18th day of December 2015, who fixed the period of supervision at five (5) years, and imposed the general terms and conditions heretofore adopted by the Court and also imposed special conditions and terms as follows:

See Page 2.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
See Attachment(s)

**PRAYING THAT THE COURT WILL ORDER** a warrant to be issued directing that the offender appear before the Court to show cause why supervision should not be revoked.

**It is hereby ORDERED** that the petition, with its attachment and arrest warrant be sealed. **It is further ORDERED** the petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the petition, its attachment and warrant, should be unsealed and made part of the public record.

### ORDER OF COURT

Considered and ordered this __31st__ day of __October__ __2023__ and ordered filed and made a part of the records in the above case.

T. S. Ellis, III
United States District Judge

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: 10/31/2023

Annabella Steppat
Digitally signed by Annabella Steppat
Date: 2023.10.31 07:58:13 -04'00'

Annabella K. Steppat
U.S. Probation Officer
703-299-2308

Place Alexandria, Virginia

**TO CLERK'S OFFICE**

Petition on Supervised Release
Page 2
RE: Venable, Carlos Russell

OFFENSE: Conspiracy to Distribute One Kilogram or More of Heroin

SENTENCE: One hundred twenty (120) months incarceration with credit for time already served as computed by the Bureau of Prisons pursuant to statue, to be followed five (5) years supervised release with the following special condition: 1) the defendant shall participate in, and successfully complete, a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer. A special assessment of $100.00 was also imposed.

ADJUSTMENT TO SUPERVISION:

On September 1, 2022, the defendant was released from custody and reported to the United States Probation Office for the District of Columbia, where he began serving his 5-year term of supervised release. Mr. Venable is being supervised by Senior U.S. Probation Officer (SrUSPO) Sean Stallman. Mr. Venable has submitted his DNA sample and has paid his special assessment in full.

Officer Stallman reports that Mr. Venable's whereabouts are currently unknown. Mr. Venable's last contact with U.S. Probation was on July 31, 2023. Prior to absconding, Mr. Venable was employed part-time at Heads Up Barber Shop as a barber, earning approximately $953.33 per month. He is no longer employed. A record check was conducted on October 27, 2023, which revealed no new arrests or charges.

VIOLATIONS: The following violations are submitted for the Court's consideration.

**MANDATORY CONDITION:** **SHALL NOT UNLAWFULLY POSSESS A CONTROLLED SUBSTANCE. SHALL REFRAIN FROM ANY UNLAWFUL USE OF A CONTROLLED SUBSTANCE.**

On or about September 13, 2022, January 4, 2023, and July 31, 2023, Mr. Venable possessed and used a controlled substance (THC). Mr. Venable signed voluntary admission forms on January 4 and July 31, 2023, disclosing the use of marijuana. The urine screens were sent to the laboratory for confirmation, and all were confirmed positive for marijuana.

**STANDARD CONDITION 1:** **LEAVING THE JUDICIAL DISTRICT WITHOUT PERMISSION.**

On or about September 10, 2023, Mr. Venable left the country without the permission of the Court. Officer Stallman was contacted by Officer Byrd with the Customs and Border Protection (CBP) who informed that Mr. Venable left for the Bahamas.

**STANDARD CONDITION 6:** **FAILURE TO NOTIFY THE PROBATION OFFICER WITHIN 10 DAYS OF CHANGE IN RESIDENCE.**

On October 2, 2023, the United States Probation Office for the District of Columbia conducted an unannounced home contact to investigate Mr. Veneable's whereabouts. The front desk at Mr. Veneable's apartment complex reported he left the residence on August 27, 2023. Mr. Venable failed to notify Officer Stallman about any change in his residence and his residential whereabouts are currently unknown.

**Petition on Supervised Release**
**Page 3**
**RE: Venable, Carlos Russell**

**SPECIAL CONDITION 1:**   **FAILURE TO SUCCESSFULLY COMPLETE A SUBSTANCE ABUSE PROGRAM.**

On August 10, 2023, Mr. Venable completed a substance use assessment at Family and Medical Counseling Services and was recommended for outpatient treatment. According to Officer Stallman, Mr. Venable never reported for his treatment sessions.

AKS/mbp/be